```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42767
   STEPHEN A MADISON
   MARY E MADISON                               CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1582     SSN XXX-XX-2640

---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/17/04 and confirmed on 02/18/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  42206.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IRWIN HOME EQUITY | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 4314.44 | .00 | 4314.44 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | 4674.92 | .00 | 4674.92 |
| DUPAGE COUNTY COLLECTOR | SECURED | 4155.04 | .00 | 4155.04 |
| FIRST MIDWEST BANK | SECURED VEHIC | 8775.00 | 964.33 | 8775.00 |
| BECKET & LEE LLP | UNSECURED | 1150.34 | .00 | 290.18 |
| ROUNDUP FUNDING LLC | UNSECURED | 12690.74 | .00 | 3201.37 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7112.13 | .00 | 1794.11 |
| BANK ONE DELAWARE NA | UNSECURED | 3125.76 | .00 | 788.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1173.34 | .00 | 295.99 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 932.10 | .00 | 235.13 |
| SMC | UNSECURED | 873.97 | .00 | 220.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2054.96 | .00 | 518.38 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LEIBSK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8312.47 | .00 | 2096.90 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RICHARD A SNOW | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SVCS | SECURED | 722.51 | .00 | 722.51 |
| HAWTHORNE CREDIT UNION | UNSECURED | 4007.16 | .00 | 1010.85 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5277.85 | .00 | 1331.39 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 614.65 | .00 | 155.05 |

```
MBNA                         UNSECURED      NOT FILED         .00          .00
ECAST SETTLEMENT CORPORA     UNSECURED       2749.43          .00       693.57
PUBLIC STORAGE               UNSECURED      NOT FILED         .00          .00
SEARS BKRUPTCY RCVRY MGM     UNSECURED      NOT FILED         .00          .00
SHORT TERM LOAN              UNSECURED        926.00          .00       233.59
VON MAUR                     UNSECURED        354.68          .00        89.47
WOW INTERNET & CABLE         UNSECURED      NOT FILED         .00          .00
CITICARDS PRIVATE LABEL      UNSECURED      NOT FILED         .00          .00
INTERNAL REVENUE SERVICE     PRIORITY       NOT FILED         .00          .00
FIRST MIDWEST BANK           UNSECURED       2486.41          .00       627.22
CITICARDS PRIVATE LABEL      UNSECURED       1358.48          .00       342.69
RESURGENT CAPITAL SERVIC     UNSECURED       2136.02          .00       538.83
```

Summary of disbursements:

---

|                    | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 22641.91  | .00      | 57336.49  | .00   | 79978.40 |
| PRINCIPAL PAID     | 22641.91  | .00      | 14463.69  | .00   | 37105.60 |
| INTEREST PAID      | 964.33    | .00      | .00       | .00   | 964.33   |
| TOTAL PAID         | 23606.24  | .00      | 14463.69  | .00   | 38069.93 |

The Debtor's attorney, JAMES A YOUNG & ASSOC       , was allowed $  2700.00 and was paid $    448.00  direct and $   2252.00  through the plan.

The Trustee received $   1868.07 .

Refunds to the Debtor totaled $     16.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                         PAGE   2
        CASE NO. 04 B 42767 STEPHEN A MADISON & MARY E MADISON